# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Jung, William F. | **2. Court or Organization**<br><br>United States District Court for Middle District of Florida | **3. Date of Report**<br><br>07/30/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>U.S. District Court<br>801 N Florida Ave<br>Tampa, FL 33602 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | J | T | | | | | |
| 3. Charles Schwab (cash) | A | Interest | L | T | | | | | |
| 4. Wells Fargo (cash) (Y) | | | | | | | | | |
| 5. US Treasury 30-year tip bond | A | Interest | | | Redeemed | 06/13/19 | K | | |
| 6. US Treasury TIPS | B | Interest | K | T | | | | | |
| 7. US Treasury T Note | A | Interest | J | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. Fidelity Govt Cash Reserves Fund (FDRXX) (cash) (Y) | | | | | | | | | |
| 10. Fidelity Freedom 2025 Fund (FFTWX) | E | Dividend | N | T | | | | | |
| 11. Fidelity International Index Fund (FSPSX) | B | Dividend | L | T | | | | | |
| 12. Fidelity Asset Manager Fund (FASMX) | B | Dividend | L | T | | | | | |
| 13. Fidelity Four in One Index Fund (FFNOX) | C | Dividend | M | T | | | | | |
| 14. Fidelity Balanced Fund (FBALX) | C | Dividend | L | T | | | | | |
| 15. I-Shares TIPS Bond ETF (TIP) | A | Dividend | K | T | | | | | |
| 16. SPDR FTSE Intl Govt Inflation Protected Secs ETF (WIP) | A | Dividend | K | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jung, William F.** | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (*No reportable income, assets, or transactions.*)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. FDIC Insured Deposit Huntington Bank (QHUNQ) (X) | A | Interest | J | T | | | | | |
| 19. Fidelity Freedom 2025 Fund (FFTWX) | C | Dividend | L | T | | | | | |
| 20. Vanguard Int'l Equity Index ETF (VWO) | A | Dividend | K | T | | | | | |
| 21. Walt Disney Co (DIS) | A | Dividend | J | T | Buy (add'l) | 04/29/19 | J | | |
| 22. Pepsico Inc (PEP) | A | Dividend | K | T | Buy (add'l) | 10/04/19 | K | | |
| 23. Consolidated Edison (ED) | A | Dividend | | | Sold | 08/02/19 | J | | |
| 24. IRA #3 (H) | | | | | | | | | |
| 25. Fidelity Freedom 2030 Fund (FXIFX) | D | Dividend | L | T | | | | | |
| 26. Fideity 500 Index Fund (FXAIX) | B | Dividend | M | T | | | | | |
| 27. Fidelity Four in One Index Fund (FFNOX) | C | Dividend | M | T | | | | | |
| 28. Fidelity Variable Annuity (H) | | | | | | | | | |
| 29. Fidelity VIP High Income (FAETC) | | None | K | T | | | | | |
| 30. Fidelity VIP Equity Income Fund (FABTC) | | None | L | T | | | | | |
| 31. Fidelity VIP Investment Grade Bond Fund (FAKTC) | | None | L | T | | | | | |
| 32. Fidelity VIP Index 500 (FAATC) | | None | L | T | | | | | |
| 33. Fidelity VIP Contrafund (FAJTC) | | None | K | T | | | | | |
| 34. Fidelity VIP Asset Manager Growth (FAITC) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity VIP Balanced Fund (FAMTC) | | None | N | T | | | | | |
| 36. Fidelity VIP Strategic Income Fund (FAXTC) | | None | M | T | | | | | |
| 37. Fidelity VIP Health Care (FBETC) | | None | K | T | | | | | |
| 38. Fidelity VIP Overseas Fund (FAZTC) | | None | L | T | | | | | |
| 39. Fidelity VIP Investor Freedom 2025 (FBNTC) | | None | N | T | | | | | |
| 40. Fidelity VIP Materials Fund (FBYTC) | | None | K | T | | | | | |
| 41. Vanguard Variable Annuity (H) | | | | | | | | | |
| 42. Vanguard Short Term Investment Grade Bond Fund (VFSTX) | | None | M | T | | | | | |
| 43. Vanguard Total Bond Market Index Fund (VBMFX) | | None | K | T | | | | | |
| 44. Vanguard High Yield Bond Fund (VWEHX) | | None | J | T | | | | | |
| 45. Vanguard Balanced Fund (VBINX) | | None | N | T | | | | | |
| 46. Vanguard Total Stock Market Index Fund (VTSMX) | | None | K | T | | | | | |
| 47. Vanguard Equity Index Fund | | None | M | T | | | | | |
| 48. Vanguard Equity Income Fund (VEIPX) | | None | L | T | | | | | |
| 49. Vanguard Diversified Value Fund | | None | L | T | | | | | |
| 50. Vanguard Growth Fund | | None | L | T | | | | | |
| 51. Vanguard Midcap Index Fund (VIMSX) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Vanguard Small Company Growth Fund | | None | K | T | | | | | |
| 53. Vanguard International Fund | | None | M | T | | | | | |
| 54. Brokerage Acct #1 (H) | | | | | | | | | |
| 55. AMER ELECTRIC PWR CO (AEP) | A | Dividend | K | T | | | | | |
| 56. CHEVRON CORP (CVX) | B | Dividend | K | T | | | | | |
| 57. ENERPLUS CORP (ERF) | A | Dividend | J | T | | | | | |
| 58. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 59. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 60. ILLINOIS TOOL WORKS (ITW) | B | Dividend | K | T | | | | | |
| 61. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 62. SIRIUS XM HLDGS INC (SIRI) | A | Dividend | J | T | | | | | |
| 63. SOUTHERN COMPANY (SO) | B | Dividend | K | T | | | | | |
| 64. ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | J | T | | | | | |
| 65. ARCONIC INC (ARNC) (Y) | | | | | | | | | |
| 66. WALT DISNEY CO (DIS) | A | Dividend | | | Sold | 11/20/19 | K | D | |
| 67. MICROSOFT CORP (MSFT) | A | Dividend | | | Sold | 07/17/19 | K | E | |
| 68. RITE AID (RAD) (Y) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. SCHWAB DIVIDEND ETF (SCHD) | A | Dividend | | | Sold | 11/20/19 | J | D | |
| 70. SCHWAB INTL ETF (SCHF) | A | Dividend | | | Sold | 07/17/19 | J | A | |
| 71. Brokerage Account #2 (H) | | | | | | | | | |
| 72. MSFT debenture note (594918AD6) | B | Interest | K | T | | | | | |
| 73. ISHARES CORE MODERATE ALLOCATION ETF (AOM) | A | Dividend | K | T | | | | | |
| 74. ISHARES TIPS BOND ETF (TIP) | A | Dividend | J | T | | | | | |
| 75. SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | A | Dividend | K | T | | | | | |
| 76. SCHWAB US BROAD MARKET ETF - (SCHB) | A | Dividend | L | T | Buy (add'l) | 11/11/19 | K | | |
| 77. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | K | T | | | | | |
| 78. ANNALY CAPITAL MGMT REIT (NLY) | A | Dividend | J | T | | | | | |
| 79. VANGUARD TOTAL BOND MARKET ETF (BND) | A | Dividend | | | Sold | 11/08/19 | K | A | |
| 80. Brokerage Account #3 (H) | | | | | | | | | |
| 81. IBM CORP (IBM) | B | Dividend | K | T | | | | | |
| 82. PROCTOR & GAMBLE (PG) | B | Dividend | L | T | | | | | |
| 83. ISHARES BRD USD INV GRD CORP BD ETF (USIG) | B | Dividend | L | T | | | | | |
| 84. ISHARES CORE US AGGREGATE BOND ETF (AGG) | B | Dividend | L | T | | | | | |
| 85. ISHARES MSCI EAFE ETF (EFA) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   ISHARES RUSSELL 3000 ETF (IWV) | C | Dividend | M | T | | | | | |
| 87.   SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | A | Dividend | J | T | Buy (add'l) | 01/24/19 | J | | |
| 88.   SCHWAB US SMALL CAP ETF (SCHA) | B | Dividend | L | T | | | | | |
| 89.   SPDR DOW JONES INDUSTRIAL AVRG ETF (DIA) | A | Dividend | K | T | | | | | |
| 90.   VANGUARD FTSE ALL WORLD EX US ETF (VEU) | B | Dividend | L | T | | | | | |
| 91.   VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | K | T | | | | | |
| 92.   VANGUARD TOTAL STOCK MARKET ETF (VTI) | C | Dividend | M | T | | | | | |
| 93.   DODGE & COX BALANCED FD (DODBX) | D | Dividend | L | T | | | | | |
| 94.   ISHARES US CREDIT BOND ETF (CRED) (Y) | | | | | | | | | |
| 95.   Brokerage Account #4 (H) | | | | | | | | | |
| 96.   US TREASURY STRIP 0%33 (9128337T1) (X) | | None | K | T | | | | | |
| 97.   HALLIBURTON CO HLDG 5%45 DUE 11/15/45 (406216BK6) | B | Interest | K | T | | | | | |
| 98.   HARTFORD CT 5%28GO UTX DUE 08/15/28OID ASSURED GUARANTY CO (416415HM2) | A | Interest | J | T | | | | | |
| 99.   PALO ALTO CA USD 0%29 (697379TH8) (X) | | None | K | T | | | | | |
| 100.  NC TPK AUH TRI EXPW 0%30 (65830RAL3) (X) | | None | K | T | | | | | |
| 101.  JEFFERSON CA UHSD (472466YM7) (X) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 102. LAMONT CA SD 0%30 (513608BJ7) (X) | | None | K | T | | | | | |
| 103. RIO GRANDE TX ISD 3.5%34GO UTX DUE 08/15/34OID BLD AM (767057PA4) | A | Interest | K | T | | | | | |
| 104. FL ST B/E PUB ED 5%40TAX ALLC DUE 06/01/40 (34153PXD5) | B | Interest | K | T | | | | | |
| 105. TARRANT REG WTR DIS 5%52WTR UTIL DUE 03/01/52 (876443HJ4) | B | Interest | K | T | | | | | |
| 106. AMER ELECTRIC PWR CO (AEP) | B | Dividend | K | T | Buy (add'l) | 10/24/19 | J | | |
| 107. APPLE INC (AAPL) | B | Dividend | M | T | | | | | |
| 108. PROCTER & GAMBLE (PG) | B | Dividend | K | T | | | | | |
| 109. SCHWAB INTERNATIONAL EQUITY ETF (SCHF) | B | Dividend | L | T | Buy (add'l) | 07/02/19 | J | | |
| 110. | | | | | Buy (add'l) | 10/10/19 | J | | |
| 111. SCHWAB US BROAD MARKET ETF (SCHB) | A | Dividend | K | T | Buy (add'l) | 05/08/19 | J | | |
| 112. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 113. SCHWAB US DIVIDEND EQUITY ETF (SCHD) | B | Dividend | K | T | | | | | |
| 114. VANGUARD GROWTH ETF (VUG) | A | Dividend | L | T | Buy (add'l) | 01/22/19 | J | | |
| 115. VANGUARD HIGH DIVIDEND YIELD ETF (VYM) | C | Dividend | L | T | | | | | |
| 116. FEDERAL BTNL MORTGA 0%19 (313586RC5) (X) | | None | | | Redeemed | 10/09/19 | K | | |
| 117. CATERPILLAR FINL 7.15%19 DUE 02/15/19 (14912L4E8) | A | Interest | | | Redeemed | 02/15/19 | K | | |
| 118. WI ST GEN FND APR 6%36GP DUE 05/01/36OID (977100CA2) | A | Interest | | | Redeemed | 05/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. PR COMWLTH 5.5%19GO UTX DUE 07/01/19ASSURED GUARANTY MUN (745145VF6) | B | Interest | | | Redeemed | 07/01/19 | K | | |
| 120. HARTFORD CT 5%28GO UTX DUE 08/15/28OID ASSURED GUARANTY CO (416415HL4) | A | Interest | | | Redeemed | 08/15/19 | J | | |
| 121. SYNCHRONY BANK RE 2.1%19CD FDIC INS DUE 08/05/19US (36161N5F1) | A | Interest | | | Matured | 08/15/19 | J | | |
| 122. CHEVRON CORP (CVX) | C | Dividend | | | Sold | 11/18/19 | L | D | |
| 123. SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | | | Sold | 11/18/19 | J | B | |
| 124. Brokerage Account #5 (H) | | | | | | | | | |
| 125. ATMOS ENERGY CORP (ATO) | A | Dividend | J | T | | | | | |
| 126. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 127. GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 128. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 129. PROCTER & GAMBLE (PG) | A | Dividend | K | T | | | | | |
| 130. SOUTHERN CO (SO) | B | Dividend | K | T | | | | | |
| 131. VERIZON COMMUNICATN (VZ) | A | Dividend | J | T | | | | | |
| 132. ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | K | T | | | | | |
| 133. SCHWAB US BROAD MARKET ETF (SCHB) | A | Dividend | J | T | | | | | |
| 134. VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 135.  Brokerage Account #6 (H) | | | | | | | | | |
| 136.  CENTURYLINK INC (CTL) | A | Dividend | J | T | | | | | |
| 137.  EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 138.  GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 139.  PEPSICO INCORPORATED (PEP) | B | Dividend | K | T | | | | | |
| 140.  PFIZER INC (PFE) | A | Dividend | J | T | | | | | |
| 141.  SOUTHERN CO (SO) | A | Dividend | J | T | | | | | |
| 142.  ISHARES MSCI EAFE ETF (EFA) | A | Dividend | J | T | | | | | |
| 143.  ISHARES SELECT DIVIDEND ETF IV (DVY) | A | Dividend | K | T | | | | | |
| 144.  SCHWAB US BROAD MARKET ETF (SCHB) | A | Dividend | J | T | | | | | |
| 145.  SCHWAB US SMALL CAP ETF (SCHA) | A | Dividend | J | T | | | | | |
| 146.  VANGUARD INFORMATION TECHNOLOGY ETF (VGT) | A | Dividend | K | T | | | | | |
| 147.  VANGUARD TOTAL STOCK MARKET ETF (VTI) | B | Dividend | J | T | | | | | |
| 148.  Brokerage Account #7 (H) | | | | | | | | | |
| 149.  MONDELEZ INTL CLASS A (MDLZ) | A | Dividend | J | T | | | | | |
| 150.  SOUTHERN CO (SO) | A | Dividend | K | T | | | | | |
| 151.  SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152.   SPDR FTSE INTERN GOVT INFL PROTC ETF (WIP) | A | Dividend | J | T | | | | | |
| 153.   VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | K | T | | | | | |
| 154.   Brokerage Account #8 (H) | | | | | | | | | |
| 155.   AMER ELECTRIC PWR CO (AEP) | A | Dividend | K | T | | | | | |
| 156.   EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 157.   GENERAL ELECTRIC CO (GE) | A | Dividend | J | T | | | | | |
| 158.   INTEL CORP (INTC) | A | Dividend | K | T | | | | | |
| 159.   PEPSICO INC (PEP) | A | Dividend | K | T | | | | | |
| 160.   SOUTHERN CO (SO) | A | Dividend | K | T | | | | | |
| 161.   VERIZON COMMUNICATN (VZ) | A | Dividend | J | T | | | | | |
| 162.   ISHARES SELECT DIVIDEND ETF (DVY) | A | Dividend | K | T | Sold<br>(part) | 11/22/19 | J | B | |
| 163.   SCHWAB US DIVIDEND EQUITY ETF (SCHD) | A | Dividend | | | Sold | 07/19/19 | J | D | |
| 164.   SCHWAB INTERNATIONAL EQUITY ETF (SCHF) (X) | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 165.   VANGUARD TOTAL STOCK MARKET ETF (VTI) | A | Dividend | | | Sold | 07/19/19 | J | C | |
| 166.   VANGUARD FTSE EMERGING MARKETS ETF (VWO) | A | Dividend | | | Sold | 07/19/19 | J | B | |
| 167.   WALT DISNEY CO (DIS) | A | Dividend | | | Sold | 11/22/19 | K | D | |
| 168.   VCSP 529 Acct #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1   Income Gain Codes:<br>    (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2   Value Codes<br>    (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3   Value Method Codes<br>    (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. VCSP College America America Balanced Fund (CLBEX) | C | Dividend | L | T | | | | | |
| 170. Utah 529 Acct #2 (H) | | | | | | | | | |
| 171. Vanguard Institutional Index (VIIIX) | B | Dividend | L | T | | | | | |
| 172. Iowa 529 Acct #3 (H) | | | | | | | | | |
| 173. Moderate Growth Age-Based Track: Interest Accumulation Portfolio (X) | | None | M | T | | | | | |
| 174. Vanguard Moderate Age-Based Track: Blended Income (Y) | | | | | | | | | |
| 175. Vanguard Bond Index Portfolio | C | Interest | K | T | | | | | |
| 176. Florida 529 Acct #4 (H) | | | | | | | | | |
| 177. Florida 529 Multi-Manager Growth Portfolio | | None | M | T | Open | 07/01/19 | M | | |
| 178. Florida 529 Blended Equity Portfolio | | None | | | Closed | 09/30/19 | M | | |
| 179. Florida 529 Wellington Fixed Income Fund | | None | K | T | | | | | |
| 180. 529 Acct #5 (H) | | | | | | | | | |
| 181. T Rowe Price Large Cap Growth Fund (TRLGX) | D | Dividend | M | T | | | | | |
| 182. MetWest Total Ret Bond Fund (MWTRX) | A | Dividend | J | T | | | | | |
| 183. Vanguard Total Bond Mkt Index Fund (VBMFX) | A | Dividend | J | T | | | | | |
| 184. CA 529 Acct #6 (H) | | | | | | | | | |
| 185. Passive Age-Based Portfolio 18 & Over | | None | L | T | Buy | 03/20/19 | L | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 186.  TIAA-CREF Passive Diversified Equity Portfolio | | None | M | T | | | | | |
| 187.  TIAA-CREF Index Bond Portfolio | | None | K | T | | | | | |
| 188.  TIAA-CREF Passive Age-Based Portfolio 17 | | None | | | Sold | 03/20/19 | L | | |
| 189.  NH 529 Acct #7 (H) | | | | | | | | | |
| 190.  Fidelity NH Conservative | | None | K | T | | | | | |
| 191.  Fidelity NH Aggressive Growth Port | | None | M | T | | | | | |
| 192.  FID 529 Acct #8 (H) | | | | | | | | | |
| 193.  Fidelity NH Total Market Index (NHFSTMX97) | | None | L | T | | | | | |
| 194.  Fidelity NH Int'l Index (NHXINT906) | | None | K | T | | | | | |
| 195.  Fidelity NH College Portfolio (NH0000909) | | None | J | T | Buy | 12/06/19 | J | | |
| 196.  Fidelity NH Portfolio 2018 (NH2018909) | | None | | | Sold | 12/06/19 | J | | |
| 197.  Optum HSA #1 (H) | | | | | | | | | |
| 198.  Vanguard Wellington Fund (VWELX) | C | Dividend | L | T | | | | | |
| 199.  Optum HSA #2 (H) | | | | | | | | | |
| 200.  Vanguard S&P 500 Index Fund (VFIAX) | A | Dividend | K | T | | | | | |
| 201.  Vanguard Global Equity Fund (VHGEX) | A | Dividend | J | T | | | | | |
| 202.  Vanguard Wellington Fund (VWELX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 203. Brokerage Account #9 (H) | | | | | | | | | |
| 204. Apple Inc (AAPL) | A | Dividend | K | T | | | | | |
| 205. Walt Disney Co (DIS) | A | Dividend | K | T | | | | | |
| 206. Vanguard Short Term Bond Index ETF (BSV) | A | Dividend | J | T | | | | | |
| 207. Vanguard High Dividend Yield ETF (VYM) | A | Dividend | K | T | | | | | |
| 208. Vanguard Total World Stock ETF (VT) | B | Dividend | K | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 209. | | | | | Buy<br>(add'l) | 02/15/19 | J | | |
| 210. Vanguard Intermediate Term Corp Bond (VCIT) | A | Dividend | J | T | | | | | |
| 211. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | | | | | |
| 212. Brokerage Account #10 (H) | | | | | | | | | |
| 213. T Rowe Price Govt Money Market Fund (PRRXX) (cash equiv) | | None | M | T | | | | | |
| 214. ABBOTT LABORATORIES (ABT) | A | Dividend | K | T | | | | | |
| 215. ABBVIE INC (ABBV) | B | Dividend | K | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 216. ASTRAZENECA PLC (AZN) | B | Dividend | L | T | | | | | |
| 217. AVANOS MEDICAL (AVNS) (Y) | | | | | | | | | |
| 218. CHEVRON CORP (CVX) | B | Dividend | L | T | | | | | |
| 219. IBM COMMON STOCK (IBM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 220. KIMBERLY CLARK CORP (KMB) | A | Dividend | K | T | | | | | |
| 221. PLAINS ALL AMERICAN PIPELINE (PAA) | C | Distribution | K | T | Buy (add'l) | 06/27/19 | J | | |
| 222. ROYAL DUTCH SHELL (RDS.A) | C | Dividend | L | T | | | | | |
| 223. TOTAL SA ADR (TOT) | A | Dividend | J | T | | | | | |
| 224. DODGE AND COX BALANCED FUND (DODBX) | E | Dividend | O | T | | | | | |
| 225. DODGE AND COX STOCK FUND (DODGX) | D | Dividend | M | T | | | | | |
| 226. ISHARES TIPS BOND ETF (TIP) | A | Dividend | L | T | | | | | |
| 227. ISHARES SHORT TREAS BOND ETF (SHV) | A | Dividend | K | T | | | | | |
| 228. ISHARES CORE MODERATE ALLOC ETF (AOM) | D | Dividend | N | T | | | | | |
| 229. SPDR S&P 500 ETF (SPY) | C | Dividend | N | T | Buy (add'l) | 04/29/19 | K | | |
| 230. SPDR FTSE INTL GOVT INFLATION PROT SECS (WIP) | B | Dividend | K | T | | | | | |
| 231. ENERGY SELECT SECTOR SPDR (XLE) | A | Dividend | K | T | Buy (add'l) | 05/07/19 | J | | |
| 232. | | | | | Buy (add'l) | 05/15/19 | J | | |
| 233. VANGUARD SHORT-TRM INFLATION PROT SECS INDX (VTIP) | B | Dividend | K | T | | | | | |
| 234. VANGUARD MATERIALS ETF (VAW) | B | Dividend | L | T | | | | | |
| 235. VANGUARD FTSE ALL-WORLD EX-US ETF (VEU) | C | Dividend | M | T | Buy (add'l) | 05/15/19 | J | | |
| 236. VANGUARD SHORT TERM CORP BOND INDEX FD (VCSH) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jung, William F.** | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 237.  NEXTERA ENERGY (NEE) | A | Dividend | | | Sold | 04/17/19 | K | | |
| 238.  Brokerage Acct #11 (H) | | | | | | | | | |
| 239.  Southern Company (SO) | B | Dividend | L | T | | | | | |
| 240.  3M Co (MMM) | A | Dividend | J | T | | | | | |
| 241.  iShares MSCI EAFE Index Fund (EFA) | A | Dividend | J | T | | | | | |
| 242.  Vanguard FTSE All-World Ex-US ETF (VEU) | A | Dividend | J | T | | | | | |
| 243.  Brokerage Acct #12 (H) | | | | | | | | | |
| 244.  T Rowe Price Govt Money Market Fund (PRRXX) (cash equiv) (Y) | | | | | | | | | |
| 245.  Brokerage Acct #13 (H) | | | | | | | | | |
| 246.  General Electric (GE) | A | Dividend | | | Sold | 04/02/19 | J | | |
| 247.  Brokerage Account #14 (H) | | | | | | | | | |
| 248.  Vanguard Tax Managed Balanced Adm (VTMFX) | D | Dividend | N | T | Buy (add'l) | 09/04/19 | J | | |
| 249.  Vanguard Target Retirement 2025 Inv (VTTVX) | E | Dividend | O | T | | | | | |
| 250.  Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | K | T | Buy (add'l) | 02/22/19 | J | | |
| 251. | | | | | Buy (add'l) | 05/14/19 | J | | |
| 252. | | | | | Buy (add'l) | 10/07/19 | J | | |
| 253.  Vanguard Total Stock Market ETF (VTI) | A | Dividend | L | T | Buy (add'l) | 06/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 254. | | | | | Buy (add'l) | 06/13/19 | J | | |
| 255. Vanguard Utilities ETF (VPU) | B | Dividend | K | T | | | | | |
| 256. Boeing Co (BA) | A | Dividend | K | T | Buy | 03/18/19 | K | | |
| 257. Galveston Cnty Tx Justice Ctr NPFG (364190U97) (X) | | None | J | T | | | | | |
| 258. Washington St Mtr Veh Fuel Ser 03C (93974AMS0) (X) | | None | K | T | | | | | |
| 259. Port Houston Auth Tx Harris Cnty RFDG Ser E Rev (7342603D2) (X) | | None | K | T | | | | | |
| 260. Miami Dade County Florida Aviation Series B (59333PZE1) | A | Interest | K | T | | | | | |
| 261. Mobile County (607293BA4) | A | Interest | K | T | | | | | |
| 262. Etowah Water And Sewer Authority Georgia (297860BN7) | B | Interest | K | T | | | | | |
| 263. Johnson & Johnson (JNJ) | A | Dividend | | | Sold | 06/17/19 | K | | |
| 264. Bexar County Texas Limited Tax (088281FD7) | A | Interest | | | Redeemed | 06/17/19 | K | | |
| 265. Coweta County Georgia Water And Sewage Authority (223663JY2) | A | Interest | | | Redeemed | 06/03/19 | J | | |
| 266. Montgomery County Texas Refunding (613681J48) | A | Interest | | | Redeemed | 03/01/19 | K | | |
| 267. Coweta County Georgia Water And Sewage Authority (223663KD6) | A | Interest | | | Redeemed | 06/03/19 | K | | |
| 268. IRA #4 (H) | | | | | | | | | |
| 269. Fidelity Contrafund (FCNTX) (X) | C | Dividend | L | T | | | | | |
| 270. Fidelity Blue Chip (FBGRX) (X) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jung, William F. | 07/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 271.  Brokerage #15 (H) | | | | | | | | | |
| 272.  T. Rowe Price Government Money (cash)<br>(PRRXX) (X) | A | Dividend | K | T | | | | | |
| 273.  TRP Science & Technology (PRSCX) (X) | A | Dividend | J | T | Buy<br>(add'l) | 07/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William F. Jung**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544